TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
MEREDITH L. FLAX, Deputy Assistant Chief
ANTHONY D. ORTIZ, Trial Attorney (DC Bar 978873)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 307-1147; Fax | (202) 305-0275
E-mail: Anthony.D.Ortiz@usdoj.gov

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and TURTLE ISLAND RESTORATION NETWORK,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>GINA RAIMONDO, in her official capacity as Secretary of Commerce, and the NATIONAL MARINE FISHERIES SERVICE,<br><br>　　　Defendants. | Case No.: 3:23-cv-06642-AGT<br><br>**NOTICE OF APPEARANCE** |

　　　Please take notice that Anthony D. Ortiz of the United States Department of Justice hereby enters his appearance as counsel in the above-captioned case for Federal Defendants Gina Raimondo and the National Marine Fisheries Service. Contact information for Mr. Ortiz is as follows:

Notice of Appearance –
Case No.: 3:23-cv-06642-AGT

Mailing Address:

    Anthony D. Ortiz
    United States Department of Justice
    Environment and Natural Resources Division
    Wildlife and Marine Resources Section
    Ben Franklin Station
    P.O. Box 7611
    Washington, DC 20044-7611

Overnight Delivery / Street Address:

    Anthony D. Ortiz
    United States Department of Justice
    Environment and Natural Resources Division
    Wildlife and Marine Resources Section
    4 Constitution Square
    150 M. St., N.E., Room 3.410
    Washington, D.C.  20002

Telephone / Facsimile:

    Tel: (202) 307-1147
    Fax: (202) 305-0275

E-Mail:

    Anthony.D.Ortiz@usdoj.gov

Dated:  January 9, 2024                   Respectfully submitted,

                                             TODD KIM
                                             Assistant Attorney General
                                             Environment and Natural Resources Division
                                             MEREDITH L. FLAX, Deputy Assistant Chief

                                             */s/ Anthony D. Ortiz*
                                             ANTHONY D. ORTIZ
                                             Trial Attorney, (DC Bar 978873)
                                             U.S. Department of Justice
                                             Environment and Natural Resources Division
                                             Wildlife and Marine Resources Section
                                             P.O. Box 7611, Ben Franklin Station
                                             Washington, D.C. 20044
                                             Tel ǀ (202) 307-1147; Fax ǀ (202) 305-0275
                                             E-mail: Anthony.D.Ortiz@usdoj.gov
                                             Attorneys for Federal Defendants

Notice of Appearance –
Case No.: 3:23-cv-06642-AGT

**CERTIFICATE OF SERVICE**

I, Anthony D. Ortiz, hereby certify that, on January 9, 2024, I caused the foregoing to be served upon counsel of record through the Court's CM/ECF system. I declare under penalty of perjury that the foregoing is true and correct.

/s/ Anthony D. Ortiz
ANTHONY D. ORTIZ

Notice of Appearance –
Case No.: 3:23-cv-06642-AGT