Catherine Kilduff (CA Bar No. 256331)
David Derrick (CA Bar No. 316745)
Julie Teel Simmonds (CA Bar No. 208282)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7100
Facsimile: (510) 844-7150
ckilduff@biologicaldiversity.org
dderrick@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>GINA RAIMONDO, et al.,<br><br>*Defendants.* | Case No. 3:23-cv-06642-AMO<br><br>**AFFIDAVIT OF SERVICE** |

I respectfully certify that service for the above-captioned case took place as described below, which included true and correct copies of each of the following documents:

| | |
|---|---|
| ECF 1 | Complaint |
| ECF 1-1 | Civil Cover Sheet |
| ECF 3 | Notice of Assignment of Case to a U.S. Magistrate Judge for Trial |
| ECF 4 | Certification of Interested Entities or Persons |
| ECF 5 | Issued Summons |
| ECF 6 | Initial Case Management Scheduling Order with ADR Deadlines |
| ECF 7 | Plaintiffs' Magistrate Judge Declination Form |
| N/A | Consenting to a Magistrate Judge's Jurisdiction (Dec. 2023) |

| | | |
|---|---|---|
| 1 | N/A | Standing Order for Magistrate Judge Alex G. Tse (May 10, 2022) |
| 2 | N/A | Standing Order for All Judges - Contents of Joint Case Management Statement (Nov. 30, 2023) |

On January 9, 2024, the above-listed documents were sent by certified mail, return receipt requested, to the following:

> Gina Raimondo, Secretary
> U.S. Department of Commerce
> 1401 Constitution Ave, NW
> Washington, DC 20230
>
> National Marine Fisheries Service
> 1315 East-West Highway
> Silver Spring, MD 20910
>
> Civil Process Clerk
> U.S. Attorney's Office
> Federal Courthouse
> 450 Golden Gate Ave.
> San Francisco, CA 94102
>
> U.S. Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Ave. NW
> Washington, D.C. 20530

Secretary Raimondo and the U.S. Attorney General received the documents on January 12, 2024.  The National Marine Fisheries Service and U.S. Attorney's Office received the documents on January 16, 2024.  Receipts and delivery confirmations are attached as Exhibit A.

I certify under penalty of perjury that the foregoing is true and correct.

DATED:  February 1, 2024

                          s/ *Catherine Kilduff*
Catherine Kilduff
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7100
Facsimile: (510) 844-7150
ckilduff@biologicaldiversity.org

# Exhibit A



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
US Attorney's Office
450 Golden Gate Ave
San Francisco CA 94102

9590 9402 8529 3186 7721 47

2. Article Number (Transfer from service label)

9589 0710 5270 1115 7213 68

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Yvonne Nickerson
☐ Agent
☐ Addressee

B. Received by (Printed Name): Yvonne Nickerson
C. Date of Delivery: 1/16/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   Mail
   Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Atty General, US DOJ
950 Pennsylvania Ave NW
Washington DC 20530-0001

9590 9402 8529 3186 7721 30

2. Article Number (Transfer from service label)

9589 0710 5270 1115 7213 51

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name): JAN 12 2024
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

INSPECTED 23

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY FINAL DELIVERY...**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

## 9589071052701115721337

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:04 pm on January 12, 2024 in WASHINGTON, DC 20230.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**
WASHINGTON, DC 20230
January 12, 2024, 12:04 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates   ⌄

USPS Tracking Plus®   ⌄

Product Information   ⌃

Feedback

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   NMFS
   1315 East West Hwy
   Silver Spring MD 20910

   9590 9402 8529 3186 7721 23

2. Article Number (Transfer from service label)

   9589 0710 5270 1115 7213 44

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): MOc

C. Date of Delivery: 01/16/24

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ed Mail
   ed Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

3811 July 2020 PSN 7530-02-000-9053                       Domestic Return Receipt