Catherine Kilduff (CA Bar No. 256331)
David Derrick (CA Bar No. 316745)
Julie Teel Simmonds (CA Bar No. 208282)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
Phone: (510) 844-7100
Facsimile: (510) 844-7150
ckilduff@biologicaldiversity.org
dderrick@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity
and Turtle Island Restoration Network*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. 3:23-cv-06642-AMO |
| *Plaintiffs*, | **JOINT STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| GINA RAIMONDO, et al., | Judge: Honorable Araceli Martínez-Olguín |
| *Defendants*. | |

Plaintiffs Center for Biological Diversity and Turtle Island Restoration Network and Defendants Gina Raimondo and the National Marine Fisheries Service hereby stipulate and move for entry of this stipulation as an order amending the briefing schedule:

WHEREAS,

1. On December 28, 2023, Plaintiffs filed their complaint, alleging violations of the Endangered Species Act ("ESA"), 16 U.S.C. §§ 1531–1534, and the Magnuson-Stevens Fishery Conservation and Management Act ("Fishery Act"), 16 U.S.C. §§ 1801–1891d;

2. On February 23, 2024, Defendants filed a motion to extend time to file the administrative record. Dkt. No. 13. On March 8, 2024, the Court denied Defendants' motion to extend time and ordered the parties to agree on a schedule to lodge the administrative record. Dkt. No. 18;

3. On February 26, 2024, Defendants filed a motion for partial dismissal. Dkt. No. 14. The oral argument on this motion is currently scheduled for May 16, 2024. Dkt. No. 23;

4. On March 18, 2024, Defendants filed their answer. Dkt. No. 24;

5. On March 29, 2024, per the parties' agreed schedule, Dkt. Nos. 21–22, Defendants notified the Court that the administrative record had been lodged. Dkt. No. 26;

6. Both the Fishery Act, 16 U.S.C. § 1855(f)(3)(B), and Local Rule 16-5 require that a copy of the administrative record be filed concurrently with an answer. Local Rule 16-5 requires that, for actions for review on an administrative record, the plaintiff must file a motion for summary judgment within twenty-eight (28) days of defendants' answer. L.R. 16-5. Twenty-eight days after the filing of the answer (without the administrative record) is April 15, 2024. Twenty-eight days after the filing of the administrative record is April 26, 2024;

7. The parties understand April 26, 2024, to be the current deadline for Plaintiffs to file a motion for summary judgment;

8. The deadline for filing a motion for summary judgment, April 26, 2024, now falls before the argument on the motion for partial dismissal, May 16, 2024;

9. Lead counsel for Defendants has scheduled reserve military training from May 20, 2024, to June 7, 2024, and will return to work on June 10, 2024; and

10. The parties anticipate cross-motions for summary judgment and will confer as to a briefing schedule per this Court's standing order.

NOW THEREFORE, the parties stipulate and respectfully request that the Court enter an order that Plaintiffs will serve and file a motion for summary judgment no later than fourteen (14) days after the Court issues its ruling on Defendants' motion for partial dismissal, Dkt. No. 14, or June 10, 2024, whichever is later.

IT IS SO STIPULATED.


Dated: April 10, 2024                    Respectfully submitted,

                                         /s/ David Derrick
                                         DAVID DERRICK (CA Bar No. 316745)
                                         Catherine Kilduff (CA Bar 256331)
                                         Julie Teel Simmonds (CA Bar No. 208282)
                                         CENTER FOR BIOLOGICAL DIVERSITY
                                         1212 Broadway, Ste. #800
                                         Oakland, CA 94612
                                         Phone: (510) 844-7100
                                         Facsimile: (510) 844-7150
                                         dderrick@biologicaldiversity.org
                                         ckilduff@biologicaldiversity.org
                                         jteelsimmonds@biologicaldiversity.org

                                         *Attorneys for Plaintiffs Center for Biological
                                         Diversity and Turtle Island Restoration Network*


Dated: April 10, 2024

                                         TODD KIM
                                         Assistant Attorney General
                                         Environment and Natural Resources Division
                                         S. JAY GOVINDAN, Section Chief
                                         MEREDITH L. FLAX, Deputy Section Chief

                                         /s/Anthony D. Ortiz
                                         ANTHONY D. ORTIZ
                                         Trial Attorney, (DC Bar No. 978873)

U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 307-1147
Facsimile  (202) 305-0275
Anthony.D.Ortiz@usdoj.gov

*Attorneys for Defendants*

1

**[PROPOSED] ORDER**

2      After consideration of the parties' stipulation and good cause appearing, IT IS HEREBY

3   ORDERED that Plaintiffs will serve and file a motion for summary judgment no later than

4   fourteen (14) days after the Court issues its ruling on Defendants' partial motion to dismiss, Dkt.

5   No. 14, or June 10, 2024, whichever is later.

6

7   IT IS SO ORDERED.

8
   Dated: ___April 10, 2024___                    _____
9                                                  Honorable Araceli Martínez-Olguín
10                                                 United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28