```
TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
MEREDITH L. FLAX, Deputy Section Chief
ANTHONY D. ORTIZ, Trial Attorney (DC Bar 978873)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044
Tel | (202) 307-1147; Fax | (202) 305-0275
E-mail: Anthony.D.Ortiz@usdoj.gov
```

Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and TURTLE ISLAND RESTORATION NETWORK,<br><br>Plaintiffs,<br><br>v.<br><br>GINA RAIMONDO, in her official capacity at Secretary of Commerce, and NATIONAL MARINE FISHERIES SERVICE.,<br><br>Defendants. | Case No.: 3:23-cv-06642-AMO<br><br>JOINT STIPULATION TO PERMIT FEDERAL DEFENDANTS TO AMEND THEIR ANSWER TO THE COMPLAINT<br><br>Date: May 1, 2024<br>Judge Araceli Martínez-Olguín |

Federal Defendants Gina Raimondo and the National Marine Fisheries Service and Plaintiffs Center for Biological Diversity and Turtle Island Restoration Network hereby stipulate and respectfully request that the Court permit Federal Defendants to amend their Answer to Plaintiffs' Complaint.

WHEREAS:

1. On March 18, 2024, Federal Defendants submitted their Answer to Plaintiffs' Complaint ("Answer"). ECF No. 24.

2. In the fifth sentence of Paragraph 71 of the Answer, Federal Defendants averred: "Regarding the allegations in the third sentence of Paragraph 71, Federal Defendants admit that a dead leatherback was found entangled in lines attached to two buoys in 2018, which was subsequently identified as rock crab gear." However, subsequent to the filing of the Answer, Federal Defendants discovered that the date in this sentence is incorrect and should be listed as "2019."

3. Federal Defendants' proposed Amended Answer to Plaintiffs' Complaint ("Amended Answer") will correct the date listed in the fifth sentence of Paragraph 71. Per this Court's Standing Order, a highlighted and lined-out version of the changes to the Answer in the proposed Amended Answer is attached. If the Court permits Federal Defendants to amend the Answer, Federal Defendants will file the Amended Answer as a stand-alone entry on the docket.

4. Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs consent to Federal Defendants amending their Answer to correct Paragraph 71.

NOW THEREFORE, the Parties stipulate and respectfully request that the Court permit the Federal Defendants to amend their Answer to Plaintiffs' Complaint.

Dated: May 1, 2024                          Respectfully submitted,

                                               */s/ Anthony D. Ortiz*
                                               ANTHONY D. ORTIZ
                                               Trial Attorney, (DC Bar 978873)
                                               U.S. Department of Justice
                                               Environment and Natural Resources Division
                                               Wildlife and Marine Resources Section
                                               P.O. Box 7611, Ben Franklin Station
                                               Washington, D.C. 20044
                                               Tel | (202) 307-1147; Fax | (202) 305-0275
                                               E-mail: Anthony.D.Ortiz@usdoj.gov

                                               Attorneys for Federal Defendants

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

*/s/ Catherine Kilduff*
CATHERINE KILDUFF (CA Bar No. 256331)
DAVID DERRICK (CA Bar No. 316745)
JULIE TEEL SIMMONDS (CA Bar No. 208282)
Center for Biological Diversity 1212 Broadway, Suite #800 Oakland, CA 94612
 (510) 844-7100 (t.) | (510) 844-7150 (f.)
dderrick@biologicaldiversity.org
ckilduff@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org

Attorneys for Plaintiffs Center for Biological Diversity and Turtle Island Restoration Network

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

Jt. Stip. to Permit Fed. Defs. to Am. Ans. to Compl.
Case No.: 3:23-cv-06642-AMO

3

**PROPOSED ORDER**

Pursuant to the joint stipulation, Federal Defendants are permitted to Amend their Answer to Plaintiffs' Complaint.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE ARACELI MARTINEZ-OLGUIN
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Anthony D. Ortiz, hereby certify that, on May 1, 2024, I caused the foregoing to be served upon counsel of record through the Court's CM/ECF system. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Anthony D. Ortiz*
ANTHONY D. ORTIZ

Jt. Stip. to Permit Fed. Defs. to Am. Ans. to Compl.
Case No.: 3:23-cv-06642-AMO

5