Catherine Kilduff (CA Bar No. 256331)
David Derrick (CA Bar No. 316745)
Julie Teel Simmonds (CA Bar No. 208282)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
Phone: (510) 844-7100
Facsimile: (510) 844-7150
ckilduff@biologicaldiversity.org
dderrick@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity and Turtle Island Restoration Network*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>GINA RAIMONDO, et al.,<br><br>*Defendants*. | Case No. 3:23-cv-06642-AMO<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY** |

1  Plaintiffs Center for Biological Diversity and Turtle Island Restoration Network
2  respectfully request the Court's permission to file the Notice of Supplemental Authority attached
3  hereto as "Exhibit A." The Notice of Supplemental Authority is based on a decision from the
4  United States Court of Appeals for the Ninth Circuit on June 26, 2024, holding that the United
5  States Supreme Court "effectively overruled" the Ninth Circuit's determination that the
6  Endangered Species Act's citizen-suit notice requirement is jurisdictional. *Cascadia Wildlands v.*
7  *Scott Timber Co.*, No. 22-35764, 2024 U.S. App. LEXIS 15501, at *4 (9th Cir. June 26, 2024)
8  (citing *Wilkins v. United States*, 598 U.S. 152, 157 (2023)). This decision is relevant to the
9  motion for partial dismissal currently pending in this Court, Dkt. No. 14, as described in the
10  attached Notice of Supplemental Authority. The hearing for the pending motion having already
11  taken place, Plaintiffs now request leave to file the notice. *See* L.R. 7-3(d)(2).

Dated: July 5, 2024.                                    Respectfully submitted,

 /s/ *David Derrick*
DAVID DERRICK (CA Bar No. 316745)
Catherine Kilduff (CA Bar #256331)
Julie Teel Simmonds (CA Bar No. 208282)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Ste. #800
Oakland, CA 94612
Phone: (510) 844-7100
Facsimile: (510) 844-7150
dderrick@biologicaldiversity.org
ckilduff@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity and Turtle Island Restoration Network*