Catherine Kilduff (CA Bar No. 256331)
David Derrick (CA Bar No. 316745)
Julie Teel Simmonds (CA Bar No. 208282)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, St. #800
Oakland, CA 94612
Phone: (510) 844-7100
Facsimile: (510) 844-7150
ckilduff@biologicaldiversity.org
dderrick@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org

*Attorneys for Plaintiffs Center for Biological Diversity and Turtle Island Restoration Network*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>GINA RAIMONDO, et al.,<br><br>*Defendants*. | Case No. 3:23-cv-06642-AMO |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Upon consideration and for good cause shown, it is hereby ORDERED that Plaintiffs' Request for Leave to File Notice of Supplemental Authority is GRANTED.

DATED: _____     _____
                                                                    HON. ARACELI MARTÍNEZ-OLGUÍN